AO-10
Rev. 1/2004

# FINANCIAL DISCLOSURE REPORT

## Calendar Year 2003

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| | | |
|---|---|---|
| 1. Person Reporting (Last name, First name, Middle initial)<br><br>POLLACK, MILTON | 2. Court or Organization<br><br>U.S.D.C. - S.D.N.Y. | 3. Date of Report<br><br>4/28/2004 |
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. DISTRICT JUDGE - SR. STAT | 5. ReportType (check appropriate type)<br><br>○ Nomination, Date<br><br>○ Initial  ● Annual  ○ Final | 6. Reporting Period<br><br>1/1/2003<br>to<br>12/31/2003 |
| 7. Chambers or Office Address<br><br>U.S. COURTHOUSE<br>40 CENTER STREET<br>NEW YORK, NY 10007 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | TESTAMENTARY TRUSTEE | ESTATE OF DEC'D |
| 2. | PRESIDENT | FOUNDATION, INC |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |

RECEIVED
MAY 10 11 01 AM '04
FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Incom

☑ **NONE** - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☑ **NONE** - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ **NONE** - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ **NONE** - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ **NONE** - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| A | B (1) | B (2) | C (1) | C (2) | D (1) | D (2) | D (3) | D (4) | D (5) |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets | Amount Code | Type | Value Code | Value Method Code | Type | Date | Value Code | Gain Code | Identity of buyer/seller (if private transaction) |
| #1 HOLDINGS - BANK ACCOUNTS | | | | | | | | | |
| DEUTSCHE BANK PRIVATE BANKING | A | INTEREST | M | T | CUSTODY ACCOUNT | | | | |
| DEUTSCHE BANK PRIVATE BANKING | A | INTEREST | J | T | CHECKING | | | | |
| #1 HOLDINGS - MUNICIPALS | | | | | | | | | |
| ALBANY NY 5.1% '14 | D | INTEREST | L | T | | | | | |
| AVON CSD 4.5% '10 | C | INTEREST | L | T | | | | | |
| BEDFORD NY CENT SCH DIST 3% '11 | B | INTEREST | M | T | PURCHASE | 7/1/2003 | M | | |
| BRADFORD CSD 5.375% '13 | D | INTEREST | L | T | CHANGED DESCRIPTION TO REFLECT CORRECT MATURITY DATE | | | | |
| BREWSTER CSD 4.625% '12 | C | INTEREST | L | T | CHANGED DESCRIPTION TO REFLECT CORRECT MATURITY DATE | | | | |
| BRIARCLIFF MANOR NY 4.25% '11 | C | INTEREST | L | T | | | | | |
| BRIGHTON NY CENT 4.40% '12 | C | INTEREST | L | T | | | | | |
| CAMPBELL-SAVONA NY CENT SCH DIST 2.75% '06 | D | INTEREST | N | T | PURCHASE | 1/17/2003 | N | | |
| CHITTENANAGO 5.6% '05 | D | INTEREST | L | T | | | | | |
| COLONIE PI 5.2% '04 | D | INTEREST | L | T | | | | | |
| DOLGEVILLE 5% '12 | C | INTEREST | L | T | CHANGED DESCRIPTION TO REFLECT CORRECT MATURITY DATE | | | | |
| E. GREENBUSH 5.125% '9 | D | INTEREST | L | T | CHANGED DESCRIPTION TO REFLECT CORRECT MATURITY DATE | | | | |
| FAIRPORT 4.5% '10 | D | INTEREST | M | T | | | | | |
| FREDONIA 4.5% '10 | C | INTEREST | L | T | CHANGED DESCRIPTION TO REFLECT CORRECT MATURITY DATE | | | | |
| GANANDA 4.625% '07 | C | INTEREST | L | T | | | | | |
| HASTINGS-ON-HUDSON NY 3.125% '11 | | NONE | N | T | PURCHASE | 7/15/2003 | N | | |
| LANCASTER 5.1% '12 | D | INTEREST | L | T | | | | | |
| LI PWR NY 4% '05 | D | INTEREST | M | T | | | | | |
| LI PWR NY 4.25% '08 | D | INTEREST | M | T | | | | | |
| MAC NY SER E 4.8% '03 | D | INTEREST | | | REDEMPTION | 7/1/2003 | M | B | |
| MAC NY SER J 5.125% '05 | D | INTEREST | L | T | | | | | |
| MID CTRY CSD 5% '06 | C | INTEREST | L | T | | | | | |
| MONROE WOODBURY NY 4.75% '10 | C | INTEREST | L | T | | | | | |
| MTA AUTH NY 4.55% '05 | C | INTEREST | L | T | | | | | |
| MTA AUTH NY 4.6% '04 | C | INTEREST | L | T | | | | | |
| MTA AUTH NY 5% '05 | D | INTEREST | M | T | | | | | |
| MTA AUTH NY 5% '17 | D | INTEREST | M | T | | | | | |
| NASSAU CNTY 5.4% '04 | D | INTEREST | | | SALE | 7/15/2003 | M | B | |
| NO. CASTLE 4.5% '10 | B | INTEREST | K | T | | | | | |
| NO. SALEM CSD 5.25% '09 | D | INTEREST | L | T | | | | | |
| NO. SALEM CSD 5.75% '14 | D | INTEREST | L | T | CHANGED DESCRIPTION TO REFLECT CORRECT MATURITY DATE | | | | |
| NY ST 5.3% '08 | D | INTEREST | M | T | | | | | |
| NY ST DORM 4.75% '09 | C | INTEREST | L | T | | | | | |
| NY ST DORM 5% '05 | D | INTEREST | M | T | | | | | |
| NY ST ENV 4.5% '06 | D | INTEREST | N | T | | | | | |
| NY ST HSG 6.86% '02 | | NONE | | | ERRONEOUSLY INCLUDED IN '02 REPORT. REDEEMED '02. | | | | |
| NY ST LOC GOVT 5% '05 | D | INTEREST | M | T | | | | | |
| NY ST LOC GOVT 5.4% '05 | D | INTEREST | L | T | | | | | |
| NY ST LOC GVT 5% '03 | B | INTEREST | | | REDEMPTION | 4/1/2003 | K | | |
| NY ST MTG AGY 5.45% '11 | C | INTEREST | K | T | | | | | |
| NY ST PROJ FIN 4.75% '04 | B | INTEREST | K | T | PARTIAL SALE | 11/3/2003 | J | A | |
| NY ST RFDG A 6.5% '06 | C | INTEREST | L | T | | | | | |
| NY ST RFDG C 5% '05 | B | INTEREST | K | T | | | | | |
| NY ST RFDG K 4.7% '07 | A | INTEREST | K | T | PURCHASE | 3/20/2003 | L | | |
| NY ST SER D 5% '12 | B | INTEREST | K | T | CHANGED DESCRIPTION TO REFLECT CORRECT MATURITY DATE | | | | |
| NY ST TWY 5.125% '11 | C | INTEREST | K | T | | | | | |
| NY ST TWY AUTH 5.125% '07 | B | INTEREST | K | T | PURCHASE | 4/14/2003 | L | | |
| NYC SER J 5.25% '07 | D | INTEREST | M | T | | | | | |
| NYC TR CULT 5.25% '15 | C | INTEREST | K | T | | | | | |
| NYS DORM AUTH LEASE REV 5% '09 | D | INTEREST | M | T | | | | | |
| NYS ENV 5% '12 | C | INTEREST | L | T | | | | | |
| NYS ST DORM 5% '08 | D | INTEREST | M | T | | | | | |
| OCEANSIDE FSD 7% '06 | D | INTEREST | L | T | | | | | |
| ONEONTA 5.125% '07 | D | INTEREST | L | T | | | | | |
| OTEGO-UNADILLA NY 3.50% '12 | C | INTEREST | L | T | | | | | |
| PAVILION NY CSD 5.15% '09 | D | INTEREST | L | T | | | | | |
| PORT AUTH NY NJ 4.5% '10 | D | INTEREST | M | T | CHANGED DESCRIPTION TO REFLECT CORRECT MATURITY DATE | | | | |
| PUERTO RICO HSG 6% '11 | B | INTEREST | K | T | | | | | |
| ROCHESTER NY 5.25% '09 | D | INTEREST | L | T | | | | | |
| SUFFOLK CNTY NY 4.875% '08 | D | INTEREST | M | T | | | | | |
| SUSQUEHENNA 4.625% '09 | C | INTEREST | L | T | | | | | |
| SWEET HOME CENT SCH DIST NY 3% '06 | C | INTEREST | M | T | PURCHASE | 1/17/2003 | M | | |
| TRIBORO B&T 5% '03 | C | INTEREST | | | REDEMPTION | 1/2/2003 | L | | |

| | A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Income during reporting period | | at end of reporting period | | Transactions during reporting period | | | | |
| | Description of Assets | (1) | (2) | (1) | (2) | (1) | (2) | (3) | (4) | (5) |
| | | Amount Code | Type | Value Code | Value Method Code | Type | Date | Value Code | Gain Code | Identity of buyer/seller (if private transaction) |
| 74 | VESTAL 4.125% '09 | C | INTEREST | L | T | | | | | |
| 75 | WAPPINGERS CENT SCH DIST 4.5% '10 | C | INTEREST | L | T | | | | | |
| 76 | WEST ISLIP 5.75% '07 | D | INTEREST | M | T | | | | | |
| 77 | WESTCHESTER CNTY NY-C 4.75% '08 | B | INTEREST | L | T | PURCHASE | 7/7/2003 | M | | |
| 78 | | | | | | | | | | |
| 79 | | | | | | | | | | |
| 80 | #1 HOLDINGS - EQUITIES | | | | | | | | | |
| 81 | ALTRIA GROUP INC | D | DIVIDENDS | M | T | FORMERLY PHILIP MORRIS | 1/27/2003 | | | |
| 82 | AMERICAN INT'L GROUP INC | A | DIVIDENDS | M | T | | | | | |
| 83 | ANHEUSER BUSCH COS. INC. | C | DIVIDENDS | M | T | | | | | |
| 84 | BELL SOUTH CORP. | C | DIVIDENDS | L | T | | | | | |
| 85 | BP PLC SPONSORED ADR | C | DIVIDENDS | M | T | PURCHASED ADD'L SHS | 8/4/2003 | K | | |
| 86 | CITIGROUP INC | D | DIVIDENDS | N | T | | | | | |
| 87 | COCA COLA CO | D | DIVIDENDS | O | T | | | | | |
| 88 | ELI LILLY & CO. | D | DIVIDENDS | N | T | | | | | |
| 89 | EMERSON ELECTRIC | B | DIVIDENDS | L | T | | | | | |
| 90 | EXXON MOBIL COP | D | DIVIDENDS | N | T | PURCHASED ADD'L SHS | 1/16/2003 | K | | |
| 91 | FEDERAL MTG NAT'L ASSN | B | DIVIDENDS | L | T | PURCHASED | 1/13/2003 | M | | |
| 92 | GILLETTE | B | DIVIDENDS | M | T | | | | | |
| 93 | HONEYWELL INT'L INC. | B | DIVIDENDS | | | SALE | 10/9/2003 | L | E | |
| 94 | IBM CORP. | B | DIVIDENDS | N | T | | | | | |
| 95 | INTEL CORP | A | DIVIDENDS | M | T | | | | | |
| 96 | JM SMUCKER CO | A | DIVIDENDS | | | SALE | 7/28/2003 | J | B | |
| 97 | JOHNSON & JOHNSON | C | DIVIDENDS | M | T | | | | | |
| 98 | LEHMAN BROS. HLDGS INC | A | DIVIDENDS | L | T | | | | | |
| 99 | MARSH & MCLENNAN CO INC | A | DIVIDENDS | L | T | PURCHASED | 8/4/2003 | L | | |
| 100 | MCGRAW HILL COS INC | B | DIVIDENDS | L | T | | | | | |
| 101 | MEDCO HEALTH SOLUTIONS | | NONE | K | T | DISTRIBUTION TO SHAREHOLDERS OF MERCK & CO, INC. | 8/20/2003 | | | |
| 102 | MEDCO HEALTH SOLUTIONS | | NONE | | | CASH-IN-LIEU | 8/20/2003 | J | A | |
| 103 | MERCK & CO INC. | D | DIVIDENDS | M | T | | | | | |
| 104 | MICROSOFT CORP | A | DIVIDENDS | K | T | PURCHASED | 10/15/2003 | L | | |
| 105 | NESTLE S A SPONSORED ADR | D | DIVIDENDS | M | T | | | | | |
| 106 | NORFOLK & SOUTHERN CORP | A | DIVIDENDS | | | SALE | 7/28/2003 | K | D | |
| 107 | PEPSICO INC | B | DIVIDENDS | M | T | | | | | |
| 108 | PFIZER INC | D | DIVIDENDS | N | T | | | | | |
| 109 | PHILIP MORIS COS INC | C | DIVIDENDS | | | NAME CHANGED TO ALTRIA GROUP | 1/27/2003 | | | |
| 110 | PROCTOR & GAMBLE CO. | D | DIVIDENDS | N | T | | | | | |
| 111 | ROYAL DUTCH PETE CO | C | DIVIDENDS | M | T | | | | | |
| 112 | TARGET CORP | A | DIVIDENDS | L | T | PURCHASED ADD'L SHS | 1/16/2003 | K | | |
| 113 | TEXAS INSTRUMENTS | A | DIVIDENDS | M | T | | | | | |
| 114 | 3M | C | DIVIDENDS | N | T | RECEIVED ADD'L SHS DUE TO 2-1 STOCK SPLIT | 9/29/2003 | | | |
| 115 | TRAVELERS PROPERTY CL A | A | DIVIDENDS | | | SALE | 7/28/2003 | J | C | |
| 116 | TRAVELERS PROPERTY CL B | A | DIVIDENDS | | | SALE | 7/28/2003 | J | D | |
| 117 | UNITED PARCEL SVC INC | B | DIVIDENDS | M | T | | | | | |
| 118 | WYETH | B | DIVIDENDS | M | T | | | | | |
| 119 | | | | | | | | | | |
| 120 | #2 HOLDINGS - BANK ACCOUNTS | | | | | | | | | |
| 121 | DEUTSCHE BANK PRIVATE BANKING | A | CASH EQUIVALENTS | K | T | CUSTODY ACCOUNT | | | | |
| 122 | DEUTSCHE BANK PRIVATE BANKING | A | INTEREST | J | T | CHECKING | | | | |
| 123 | JPMORGAN CHASE | C | CASH EQUIVALENTS | N | T | CUSTODY ACCOUNT | | | | |
| 124 | JPMORGAN CHASE | | NONE | J | T | CHECKING | | | | |
| 125 | | | | | | | | | | |
| 126 | #2 HOLDINGS - MUNICIPALS | | | | | | | | | |
| 127 | AMHERST NY '08 5% | C | INTEREST | L | T | PURCHASE | 3/28/2003 | M | | |
| 128 | AUBURN NY '10 4.25% | C | INTEREST | L | T | | | | | |
| 129 | FED NAT'L MTG ASSN '04 2.6% | D | INTEREST | | | CALLED | 8/13/2003 | N | | |
| 130 | CAMPBELL NY '06 2.75% | D | INTEREST | N | T | PURCHASE | 1/17/2003 | O | | |
| 131 | FRISCO TX '09 5.875% | D | INTEREST | M | T | PURCHASE | 4/9/2003 | N | | |
| 132 | HEMPSTEAD NY '04 6.5% | D | INTEREST | M | T | | | | | |
| 133 | ILION NY CSD '11 4.5% | D | INTEREST | M | T | | | | | |
| 134 | ISLIP NY '04 4% | B | INTEREST | M | T | PURCHASE | 3/19/2003 | M | | |
| 135 | KENTUCKY ST TPK AUTH '09 4.2% | E | INTEREST | O | T | | | | | |
| 136 | METROP TRANSN '08 5.1% | D | INTEREST | M | T | | | | | |
| 137 | MONROE CNTY '09 5% | D | INTEREST | M | T | | | | | |
| 138 | MAC NY '03 4.75% | D | INTEREST | | | REDEMPTION | 7/1/2003 | M | | |
| 139 | MAC NY '07 5.2% | D | INTEREST | M | T | | | | | |
| 140 | MAC NY '07 6.25% | D | INTEREST | M | T | | | | | |
| 141 | NEW WINDSOR '10 5% | C | INTEREST | L | T | | | | | |
| 142 | NYC MUN WTR '06 5.375% | D | INTEREST | M | T | | | | | |
| 143 | NYC MUN WTR '07 5% | C | INTEREST | L | T | | | | | |
| 144 | NYC TRANS '08 4.625% | D | INTEREST | M | T | | | | | |
| 145 | NYS GO '07 5.2% | D | INTEREST | M | T | | | | | |
| 146 | NYS GO '06 5% | C | INTEREST | L | T | | | | | |

| | A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Income during reporting period | | at end of reporting period | | Transactions during reporting period | | | | |
| | Description of Assets | (1) | (2) | (1) | (2) | (1) | (2) | (3) | (4) | (5) |
| | | Amount Code | Type | Value Code | Value Method Code | Type | Date | Value Code | Gain Code | Identity of buyer/seller (if private transaction) |
| 147 | NYS DORM '15 5% | D | INTEREST | M | T | | | | | |
| 148 | NYS DORM '09 5.25% | D | INTEREST | M | T | | | | | |
| 149 | NYS DORM '11 5.25% | D | INTEREST | L | T | | | | | |
| 150 | NYS EVC REV '04 5.5% | D | INTEREST | L | T | | | | | |
| 151 | NYS EVC REV '06 5% | D | INTEREST | M | T | | | | | |
| 152 | NYS EFC REV '07 5.2% | E | INTEREST | N | T | | | | | |
| 153 | NYS LG '08 6% | D | INTEREST | M | T | | | | | |
| 154 | NYS LGAC '04 5.25% | D | INTEREST | M | T | | | | | |
| 155 | NYS MED CARE '04 5.875% | C | INTEREST | L | T | | | | | |
| 156 | NYS MTG AGY '12 5% | D | INTEREST | M | T | | | | | |
| 157 | NYS PROJ FIN '04 4.75% | C | INTEREST | L | T | | | | | |
| 158 | NYS PWRAUTH '03 5% | | NONE | | | ERRONEOUSLY INCLUDED IN PY REPORT | | | | |
| 159 | NYS PWRAUTH '07 5% | D | INTEREST | | | CALLED | 1/2/2003 | M | | |
| 160 | NYS PWRAUTH '03 '14 5% | D | INTEREST | | | CALLED | 1/2/2003 | O | | |
| 161 | NYS TWY AUTH '08 5% | E | INTEREST | N | T | | | | | |
| 162 | NYS TWY AUTH '08 5.1% | D | INTEREST | M | T | | | | | |
| 163 | NYS TWY AUTH '09 5.25% | D | INTEREST | M | T | | | | | |
| 164 | NYS TWY AUTH '09 5.25% | E | INTEREST | N | T | | | | | |
| 165 | NYS TWY AUTH '10 5.25% | E | INTEREST | N | T | | | | | |
| 166 | NEWARK NY '10 4.625% | D | INTEREST | M | T | | | | | |
| 167 | NO. SHORE CSD '12 4.5% | D | INTEREST | M | T | | | | | |
| 168 | NO. SHORE CSD '09 4.25% | D | INTEREST | M | T | | | | | |
| 169 | ONEIDA CNTY '15 4.75% | E | INTEREST | N | T | | | | | |
| 170 | ONONDAGA WTR '11 4.3% | E | INTEREST | N | T | | | | | |
| 171 | ONTARIO CO '06 5.2% | D | INTEREST | M | T | | | | | |
| 172 | ORANGE CO '08 5.5% | D | INTEREST | L | T | | | | | |
| 173 | ORANGE CO '10 5% | C | INTEREST | L | T | | | | | |
| 174 | ROYALTON-HARTLAND NY '12 4.0% | D | INTEREST | N | T | | | | | |
| 175 | SAN ANGELO TX '08 6.25% | | NONE | N | T | PURCHASE | 4/29/2003 | N | | |
| 176 | SCOTIA GLENVL '05 5.375% | D | INTEREST | M | T | | | | | |
| 177 | SHENENDEHOWA NY '10 4% | C | INTEREST | M | T | PURCHASE | 7/15/2003 | N | | |
| 178 | SULLIVAN CO PI '09 4.6% | D | INTEREST | N | T | | | | | |
| 179 | SULLIVAN CO PI '12 4.125% | D | INTEREST | N | T | | | | | |
| 180 | TRIBORO BR '08 5% | E | INTEREST | N | T | | | | | |
| 181 | WEST GENESEE '10 4.125% | D | INTEREST | N | T | PURCHASE | 7/14/2003 | N | | |
| 182 | WESTCHESTER CO '04 4.6% | C | INTEREST | L | T | | | | | |
| 183 | WESTCHESTER CO '05 4.625% | C | INTEREST | L | T | | | | | |
| 184 | WESTCHESTER CO '05 4.625% | E | INTEREST | N | T | | | | | |
| 185 | WILLIAMSVILLE '05 5.1% | D | INTEREST | L | T | | | | | |
| 186 | GREECE NY CENT SCH DIST '15 4% | | NONE | L | T | PURCHASE | 12/18/2003 | M | | |
| 187 | U.S. TRSY NOTES (VARIOUS) | G | INTEREST | P1 | T | PARTIAL MATURITIES | VAR | P1 | B | |
| 188 | | | | | | 3 PURCHASES | VAR | P1 | | |
| 189 | FLAGSTAR BK FSB BLOOMFIELD HILLS MICHIGAN - CD | C | INTEREST | L | T | | | | | |
| 190 | WESTERN ST BK DEVILS LAKE NORTH DAKOTA - CD | C | INTEREST | L | T | | | | | |
| 191 | | | | | | | | | | |
| 192 | #2 HOLDINGS - EQUITIES | | | | | | | | | |
| 193 | ALTRIA GROUP. INC | D | DIVIDENDS | M | T | FORMERLY PHILIP MORRIS, INC. | 1/27/2003 | | | |
| 194 | AM. INT'L GROUP INC | A | DIVIDENDS | M | T | | | | | |
| 195 | ANHEUSER BUSCH COS. INC. | B | DIVIDENDS | M | T | | | | | |
| 196 | BELL SOUTH CORP. | B | DIVIDENDS | K | T | | | | | |
| 197 | BP PLC SPONSORED ADR | B | DIVIDENDS | L | T | | | | | |
| 198 | CITIGROUP INC | D | DIVIDENDS | N | T | | | | | |
| 199 | COCA COLA CO | D | DIVIDENDS | N | T | | | | | |
| 200 | EMERSON ELECTRIC | B | DIVIDENDS | L | T | | | | | |
| 201 | EXXON MOBIL COP | D | DIVIDENDS | N | T | | | | | |
| 202 | FEDERAL NAT'L MTG ASSN | B | DIVIDENDS | K | T | PURCHASE | 1/16/2003 | L | | |
| 203 | | | | | | SALE | 7/22/2003 | E | | |
| 204 | FEDERAL HOME LOAN MTG CORP | A | DIVIDENDS | | | PURCHASE | 1/16/2003 | L | | |
| 205 | | | | | | SALE | 7/22/2003 | F | | |
| 206 | GILLETTE | A | DIVIDENDS | J | T | | | | | |
| 207 | HONEYWELL INT'L INC. | B | DIVIDENDS | | | SALE | 10/9/2003 | L | E | |
| 208 | INTEL CORP | A | DIVIDENDS | M | T | | | | | |
| 209 | IBM CORP. | A | DIVIDENDS | L | T | | | | | |
| 210 | JM SMUCKER CO | A | DIVIDENDS | | | SALE | 7/28/2003 | J | A | |
| 211 | JOHNSON & JOHNSON | C | DIVIDENDS | M | T | | | | | |
| 212 | MARSH & MCLENNAN CO INC. | A | DIVIDENDS | L | T | PURCHASE | 8/4/2003 | L | | |
| 213 | MCGRAW HILL COS INC | A | DIVIDENDS | M | T | | | | | |
| 214 | MEDCO HEALTH SOLUTIONS | | NONE | K | T | DISTRIBUTION TO SHAREHOLDERS OF MERCK & CO, INC. | 8/20/2003 | | | |
| 215 | | | | | | CASH-IN-LIEU | 8/20/2003 | J | A | |
| 216 | MERCK & CO INC. | D | DIVIDENDS | M | T | | | | | |
| 217 | MICROSOFT | A | DIVIDENDS | K | T | PURCHASE | 10/15/2003 | L | | |
| 218 | NESTLE S A SPONSORED ADR | D | DIVIDENDS | M | T | | | | | |
| 219 | NORFOLK & SOUTHERN CORP | A | DIVIDENDS | | | SALE | 7/28/2003 | K | D | |
| 220 | PFIZER INC | B | DIVIDENDS | M | T | | | | | |

| Description of Assets | Income during reporting period (1) Amount Code | (2) Type | at end of reporting period (1) Value Code | (2) Value Method Code | Transactions during reporting period (1) Type | (2) Date | (3) Value Code | (4) Gain Code | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| PHILIP MORIS COS INC | C | DIVIDENDS | | | CHANGED NAME TO ALTRIA GROUP | 1/27/2003 | | | |
| PROCTOR & GAMBLE CO. | A | DIVIDENDS | K | T | PURCHASE ADD'L SHS | 8/4/2003 | K | | |
| ROYAL DUTCH PETE CO | D | DIVIDENDS | M | T | | | | | |
| TARGET CORP | A | DIVIDENDS | K | T | PURCHASE | VAR | K | | |
| TEXAS INSTRUMENTS | A | DIVIDENDS | M | T | | | | | |
| 3M | A | DIVIDENDS | K | T | RECEIVED ADD'L SHS DUE TO 2-1 STOCK SPLIT | 9/29/2003 | | | |
| TRAVELERS PROPERTY CL A | A | DIVIDENDS | | | SALE | 7/28/2003 | J | C | |
| TRAVELERS PROPERTY CL B | A | DIVIDENDS | | | SALE | 7/28/2003 | J | D | |
| UNITED PARCEL SVC INC | A | DIVIDENDS | L | T | | | | | |
| WYETH | C | DIVIDENDS | M | T | | | | | |
| | | | | | | | | | |
| #1 TESTAMENTARY TRUST HOLDINGS - BANK ACCOUNT | | | | | | | | | |
| -JPMORGAN CHASE | B | INTEREST | K | T | CUSTODY ACCOUNT | | | | |
| | | | | | | | | | |
| #1 TESTAMENTARY TRUST HOLDINGS - EQUITIES | G | DIVIDENDS | P2 | T | | | | | |
| -3M | | | | | REC'D ADD'L SHS DUE TO 2-1 SPLIT | 9/29/2003 | | | |
| -ABBOTT LABORATORIES | | | | | | | | | |
| -ALTRIA GROUP | | | | | FORMERLY PHILIP MORRIS INC | 1/27/2003 | | | |
| -AM INT'L GROUP INC | | | | | PURCHASE ADD'L SHS | VAR | N | | |
| -ANHEUSER BUSCH COS INC | | | | | | | | | |
| -BELLSOUTH CORP | | | | | SALE | 12/29/2003 | N | | |
| -BP PLC SPONS ADR | | | | | PURCHASE ADD'L SHS | VAR | N | | |
| -CHEVRON TEXACO CORP | | | | | | | | | |
| -CITIGROUP INC | | | | | | | | | |
| -COCA COLA CO | | | | | | | | | |
| -DEL MONTE FOODS CO | | | | | CASH IN LIEU | 1/3/2003 | J | | |
| | | | | | SALE | 10/7/2003 | J | C | |
| -EMERSON ELEC CO | | | | | | | | | |
| -EXXON MOBIL CORP | | | | | PURCHASE ADD'L SHS | 10/7/2003 | K | | |
| -FANNIE MAE | | | | | PARTIAL SALE | 7/25/2003 | M | F | |
| -FED HOME LOAN MTG CORP | | | | | SALE | 7/25/2003 | L | | |
| -FORD CAP TRUST II | | | | | | | | | |
| -FREDDIE MAC | | | | | | | | | |
| -GILLETTE CO | | | | | | | | | |
| -H J HEINZ CO | | | | | | | | | |
| -HONEYWELL INT'L INC | | | | | SALE | 10/7/2003 | G | E | |
| -IBM CORP | | | | | | | | | |
| -INTEL CORP | | | | | PURCHASE ADD'L SHS | 10/7/2003 | L | | |
| -JOHNSON & JOHNSON | | | | | | | | | |
| -MARSH & MCLENNAN COS INC | | | | | PURCHASE ADD'L SHS | VAR | M | | |
| -MAY DEPT STORES CO | | | | | SALE | 10/7/2003 | L | E | |
| -MCGRAW HILL COS INC | | | | | | | | | |
| -MEDCO HEALTH SOLUTIONS | | | | | DISTRIBUTION TO SHAREHOLDERS OF MERCK & CO, INC. | 8/20/2003 | | | |
| -MEDCO HEALTH SOLUTIONS | | | | | CASH IN LIEU | 9/3/2003 | J | | |
| -MERCK & CO INC | | | | | | | | | |
| -JM SMUCKER CO | | | | | SALE | 7/25/2003 | J | D | |
| -MICROSOFT CORP | | | | | REC'D ADD'L SHS DUE TO 2-1 SPLIT | 2/14/2003 | | | |
| -MICROSOFT CORP | | | | | PURCHASE ADD'L SHS | 12/29/2003 | N | | |
| -NESTLE S A SPONS ADR | | | | | | | | | |
| -NORFOLK SOUTHERN CORP | | | | | SALE | 7/25/2003 | G | E | |
| -PEPSICO INC | | | | | | | | | |
| -PFIZER | | | | | | | | | |
| -PHILIP MORRIS COS INC | | | | | CHANGED NAME TO ALTRIA GROUP | 1/27/2003 | | | |
| -PROCTOR & GAMBLE CO | | | | | | | | | |
| -ROYAL DUTCH PETE | | | | | | | | | |
| -SBC COMMUNICATIONS INC | | | | | SALE | 12/29/2003 | N | | |
| -TEXAS INSTRU INC | | | | | | | | | |
| -TRAVELERS PROPERTY CL A | | | | | SALE | 7/25/2003 | J | D | |
| -TRAVELERS PROPERTY CL B | | | | | SALE | 7/25/2003 | K | E | |
| -UNITED PARCEL SVC INC | | | | | | | | | |
| -WAL MART STORES INC | | | | | | | | | |
| -WALGREENS CO | | | | | | | | | |
| -WYETH | | | | | | | | | |
| | | | | | | | | | |
| #1 TESTAMENTARY TRUST HOLDINGS - MUNICIPALS | G | INTEREST | P2 | T | | | | | |
| -ALBION NY CSD '09 | | | | | | | | | |
| -ALEXANDER NY CSD '11 | | | | | | | | | |
| -AUSTIN TX 5.25% '15 | | | | | PURCHASE | 8/4/2003 | N | | |
| -BROCKPORT NY 3.25% '06 | | | | | PURCHASE | 1/17/2003 | M | | |
| -BROWNSVILLE TX '12 | | | | | CALLED | 2/18/03 | M | | |
| -BROWNSVILLE TX '19 | | | | | | | | | |
| -CENTRAL SUARE NY CSD '15 | | | | | | | | | |

| | A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Income during reporting period | | at end of reporting period | | Transactions during reporting period | | | | |
| | Description of Assets | (1) | (2) | (1) | (2) | (1) | (2) | (3) | (4) | (5) |
| | | Amount Code | Type | Value Code | Value Method Code | Type | Date | Value Code | Gain Code | Identity of buyer/seller (if private transaction) |
| 293 | -COLLEGE STATION TX '18 | | | | | | | | | |
| 294 | -CROSBY TX ISD '11 | | | | | | | | | |
| 295 | -DENTON TX '18 | | | | | | | | | |
| 296 | -EAST HAMPTON TWN NY '14 | | | | | | | | | |
| 297 | -FORT WORTH TX GEN PURPOSE '10 | | | | | | | | | |
| 298 | -GRANVILLE NY CSD '11 | | | | | | | | | |
| 299 | -HARRISON NY PUB IMPVT '04 | | | | | | | | | |
| 300 | -HEMPSTEAD TN NY SER A '10 | | | | | CHANGED DESCRIPTION TO REFLECT PROPER DUE DATE | | | | |
| 301 | -HIGHLAND NY CSD '10 | | | | | | | | | |
| 302 | -HILLSBOROUGH CNTY FL '03 | | | | | MATURED | 9/10/2003 | O | | |
| 303 | -HOUSTON TX 5.875% '12 | | | | | PURCHASE | 4/21/2003 | M | | |
| 304 | -LANCASTER NY CSD '14 | | | | | | | | | |
| 305 | -LANCASTER NY CSD '16 | | | | | | | | | |
| 306 | -LONGWOOD CSD '13 | | | | | | | | | |
| 307 | -MILLER PLACE NY '17 | | | | | | | | | |
| 308 | -MONROE CNTY NY '05 | | | | | | | | | |
| 309 | -NYC SER H IBC '16 | | | | | | | | | |
| 310 | -NY SATE '12 5% | | | | | | | | | |
| 311 | -NYS DORM A 5.75% '08 | | | | | | | | | |
| 312 | -NYS DORM A 5% '14 | | | | | | | | | |
| 313 | -NYS DORM A 5.1% '11 | | | | | | | | | |
| 314 | -NYS PWR A 5% '04 | | | | | | | | | |
| 315 | -NEW YORK ST TWY 2.6% '08 | | | | | PURCHASE | 4/3/2003 | N | | |
| 316 | -NO. SHORE CSD 4.625% '13 | | | | | | | | | |
| 317 | -NORWOOD NORFOLK NY 5% '14 | | | | | PURCHASE | 8/6/2003 | N | | |
| 318 | -OYSTER BAY NY 4.625% '14 | | | | | | | | | |
| 319 | -PAVILION NY CSD 5.15% '14 | | | | | | | | | |
| 320 | -PLYMOUTH CNTY '18 | | | | | | | | | |
| 321 | -SACHEM NY CSD 4.6% '15 | | | | | | | | | |
| 322 | -SO. COLONIE NY CSD 4.4% '12 | | | | | | | | | |
| 323 | -TRIBORO B&T AUTH 4.75% '16 | | | | | | | | | |
| 324 | -YONKERS NY SER A 5.25% '14 | | | | | | | | | |
| 325 | -U.S. TRSY (VARIOUS) | | | | | | | | | |
| 326 | | | | | | | | | | |
| 327 | #2 TESTAMENTARY TRUST HOLDINGS | | | | | | | | | |
| 328 | BANK ACCOUNT | A | INTEREST | K | T | | | | | |
| 329 | -DEUTSCHE BANK PRIVATE BANKING | | | | | | | | | |
| 330 | NY MUNICIPALS | D | INTEREST | M | T | | | | | |
| 331 | -JERICHO NY SCHOOL DIST 5% '04 | | | | | | | | | |
| 332 | -OYSTER BAY NY SER B 4.8% '07 | | | | | | | | | |
| 333 | -MONTGOMERY CNTY NY 5.1% '05 | | | | | | | | | |
| 334 | -NYS TWY AUTH HWY 6.25% '12 | | | | | | | | | |
| 335 | EQUITY - COMMON STOCK | D | DIVIDENDS | O | T | | | | | |
| 336 | -AVON PROD INC | | | | | | | | | |
| 337 | -DUPONT E I DE N & CO | | | | | | | | | |
| 338 | -EXXON-MOBIL CORP | | | | | | | | | |
| 339 | -IBM | | | | | | | | | |
| 340 | -OWENS CORNING | | | | | | | | | |
| 341 | OTHER | | | | | | | | | |
| 342 | -LTD PTNSP INTEREST IN REALTY | | | | | REDEEMED | 12/31/2003 | N | G | PENNSYLVANIA BUILDING CO. L.P. - CHARLES R. BORROK, GENERAL PARTNER |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | POLLACK, MILTON | 4/28/2004 |

VIII. ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | POLLACK, MILTON | 4/28/2004 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature␣␣␣␣␣␣␣␣␣␣␣␣␣␣␣␣␣␣␣␣␣␣␣␣␣␣␣␣␣␣␣␣␣␣␣␣␣␣␣␣␣␣␣␣␣Date _May 1, 2004_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544